☒ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 9 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-cr-00025-LDG (LRL) |
| ) | |
| MICHAEL KOWALCZYK, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 9, 2011, defendant MICHAEL KOWALCZYK pled guilty to Count Three of a Six-Count Criminal Indictment charging him with Distribution of a Controlled Substance Within 1000 Feet of a School, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D) and 860.

This Court finds defendant MICHAEL KOWALCZYK agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant MICHAEL KOWALCZYK pled guilty.

The following asset is subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section 853(a)(2):

$2,650.00 [struck through] in United States Currency ("Property").

*$2,588.⁰⁰* [handwritten]

*B.M.G. MH MK* [handwritten initials]

. . .

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  MICHAEL KOWALCZYK in the aforementioned property is forfeited and is vested in the United
7  States of America and shall be safely held by the United States of America until further order of the
8  Court.
9  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
10  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
11  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
12  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
13  the name and contact information for the government attorney to be served with the petition, pursuant
14  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
16  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
18  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
19  following address at the time of filing:

20  Michael A. Humphreys
    Assistant United States Attorney
21  Daniel D. Hollingsworth
    Assistant United States Attorney
22  Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
23  Las Vegas, Nevada 89101.

24  . . .

25  . . .

26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 9th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE