

1

2

3

4

5

6

7                                      **UNITED STATES DISTRICT COURT**

8                                            **DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,                          )
9                                                  )
                             Plaintiff,            )
10                                                 )
            v.                                     )          2:11-cr-00025-LDG (LRL)
11                                                 )
MICHAEL KOWALCZYK,                                 )
12                                                 )
                             Defendant.            )
13   _____ )

14                                     **FINAL ORDER OF FORFEITURE**

15           On March 9, 2011, the United States District Court for the District of Nevada entered a

16   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States

17   Code, Section 853(a)(1), and Title 21, United States Code, Section 853(a)(2), based upon the plea of

18   guilty by defendant MICHAEL KOWALCZYK to a criminal offense, forfeiting specific property

19   alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to

20   have a requisite nexus to the offense to which defendant MICHAEL KOWALCZYK pled guilty.

21   Docket #21, 22.

22           This Court finds the United States of America published the notice of the forfeiture in

23   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

24   consecutively from March 11, 2011, through to April 10, 2011, notifying all known third parties of

25   their right to petition the Court. #26.

26   . . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2    time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time
4    for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8    32.2(c)(2); Title 21, United States Code, Section 853(a)(1); and Title 21, United States Code, Section
9    853(a)(2), and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10   law:

11   $2,588.00 in United States Currency ("property").

12   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
13   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
14   any income derived as a result of the United States of America's management of any property forfeited
15   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

16   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
17   certified copies to the United States Attorney's Office.

18   DATED this ____6____ day of ___July___, 2011.

19
20
21   UNITED STATES DISTRICT JUDGE

22
23
24
25
26

2